In the Matter of STEVEN GLICKMAN, Respondent, v ZACKARY LAFFIN et al., Appellants, et al., Respondents. (Proceeding No. 1.) (And Another Related Proceeding.)

In the Matter of ZACKARY LAFFIN et al., Appellants, v STEVEN GLICKMAN, Respondent, et al., Respondents. (Proceeding No. 3.)

Submitted August 23, 2016; decided August 23, 2016

Motion for leave to appeal denied as unnecessary.